IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHAZ PINKSTON, #148934**                                                                **PLAINTIFF**

**v.**                                                                **CIVIL NO. 3:23-CV-3143**

**GOVERNOR TATE REEVES, ET AL.**                                                **DEFENDANTS**


### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Lakeysha Greer Isaac **[78]**. In her Report and Recommendation, filed on October 7, 2025, Magistrate Judge Isaac recommended that Defendants' Motion for Partial Summary Judgment [37] be granted. Judge Isaac directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 78]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS THEREFORE ORDERED that** Defendants' Motion for Partial Summary Judgment **[37]** hereby is **GRANTED.**

**SO ORDERED** this the 15th day of December, 2025.

                                       **/s/HENRY T. WINGATE**
                                       **UNITED STATES DISTRICT COURT JUDGE**