IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHAZ PINKSTON, #148934**                                                               **PLAINTIFF**

**v.**                                         **CIVIL NO. 3:23-CV-3143**

**GOVERNOR TATE REEVES, ET AL.**                                      **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Lakeysha Greer Isaac **[69]**. In her Report and Recommendation, filed on July 9, 2025, Magistrate Judge Isaac recommended that Plaintiff's motion for default judgment [46] be denied. Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. On August 21 2025, Plaintiff filed his objection [75].

Based upon the findings and recommendation contained in the Report and Recommendation **[69]**, this court finds it well-taken. This Court is not persuaded by Plaintiff's objection; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS THEREFORE ORDERED that** Plaintiff's Motion for Default Judgment **[46]** hereby is **DENIED**.

**SO ORDERED** this the 15th day of December, 2025.

                                              **/s/HENRY T. WINGATE**
                                              **UNITED STATES DISTRICT COURT JUDGE**