IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHAZ PINKSTON, #148934                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:23-CV-03143-HTW-LGI

GOVERNOR TATE REEVES, et al                                     DEFENDANTS

DEFENDANTS' MOTION FOR LEAVE TO
FILE EXHIBIT UNDER RESTRICTION

COME NOW, Defendants Tate Reeves, Burl Cain, Kelley Christopher, Derrick Chambers, Christopher Dykes, John Hunt, George King, Jeworski Mallett, Brad Chisolm and Laura Reid, and submit their Motion for Leave to File Exhibit Under Restriction, and in support thereof, would show unto the Court as follows:

1.      On this day, Defendants filed their [CM/ECF Doc. 86] Motion for Summary Judgment. In support of their motion, Defendants rely on various medical records of Plaintiff during his incarceration with the Mississippi Department of Corrections. These records were served upon Plaintiff, Chaz Pinkston, in person, on May 14, 2025. [CM/ECF Doc. 41].

2.      Defendants respectfully request that the Court allow these records to be conventionally filed, in .pdf format, and restricted from public access because of the protected health information and other sensitive data contained in the records.

3.      Medical records are generally recognized to contain information subject to protection under federal and Mississippi state law. *See* Health Insurance Portability and Accountability Act of 1996, Pub. L. N. 104-191, § 261-254, 110 Sta. 1936 (1996); Miss. Code. Ann. § 13-1-21 (West); Miss. R. Evid. 503. Given these

protections, this Court (and others) routinely allows medical records to be restricted from public access. *See, e.g.*, *Hill v. Epps*, No. 3:09CV308-CWR-LRA, 2012 WL 728365, at *1 (S.D. Miss. Jan. 12, 2012), adopted, *Hill v. Epps*, No. 3:09-CV-308-CWR-LRA, 2012 WL 729793 (S.D. Miss. Mar. 6, 2012); *McMullin v. Thaler*, No. CIV.A.H-09-2347, 2010 WL 2606320, at *6 (S.D. Tex. June 21, 2010); *Perry v. Crockett*, No. CIVA 4:08CV25-LRA, 2010 WL 1427634, at *2 (S.D. Miss. Apr. 9, 2010).

4.      The exhibit containing medical records is identified as Defendants' Exhibit "C" to their [CM/ECF Doc. 86] Motion for Summary Judgment, and these documents should be conventionally filed, in .pdf format, and restricted from public access in accordance with the well-established law cited hereinabove.

5.      Because of the simple and self-explanatory nature of this Motion, Defendants request this Court relieve them of any obligation to submit a supporting memorandum of authorities.

Respectfully Submitted, this the 2nd day of February 2026.

> TATE REEVES, BURL CAIN, KELLEY CHRISTOPHER, DERRICK CHAMBERS, CHRISTOPHER DYKES, JOHN HUNT, GEORGE KING, JEWORSKI MALLETT, BRAD CHISOLM and LAURA REID, *Defendants*
>
> By:   LYNN FITCH, ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI
>
> By:   s/James H. Hall
>       JAMES H. HALL (MSB #100303)
>       Special Assistant Attorney General

2

JAMES H. HALL (MSB #100303)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-3815
Fax: (601) 359-2003
james.hall@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have this day caused to be mailed, via United States Postal Service, first class postage prepaid, a true and correct copy of the foregoing document in the above-styled and numbered caused to the following:

Chaz Pinkston, #148934
Central Mississippi Correctional Facility
Area 1, A-Yard, C-Bldg. R#69
P. O. Box 88550
Pearl, MS  39288-8550

This the 2nd day of February 2026.


*/s/ James H. Hall*